FILED
March 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-mj-97 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| Neal Francis Brady, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Neal Francis Brady Case No. 2:06-mj-97 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    X   $65,000 Unsecured Appearance Bond to be replaced with appearance bond secured by full equity in real property, not less than $65,000, within 2 weeks

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    X   (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/30/06 at 3:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge